IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG L. MILLER,

                Petitioner,                ORDER

     v.                                    02-cv-0096-bbc

KENNETH MORGAN,

                Respondent.

---

Petitioner Craig Miller has filed a "Motion for Entry of Final Judgment Pursuant to Rule 54(b)." This is the latest in a series of attempts by petitioner to challenge the validity of this court's judgment, entered more than six years ago and affirmed on appeal, dismissing his petition for a writ of habeas corpus on the ground that it was untimely. Like his previous motions, this one is frivolous. Judgment was entered dismissing petitioner's case in its entirety on April 3, 2002.

If petitioner files another motion for default judgment, entry of judgment, summary judgment, motion for relief from judgment or any other document resembling such motions, the clerk of court will be directed to forward the document to me before docketing it. If I determine that the document includes a challenge to petitioner's conviction or sentence and is not accompanied by an order of the Court of Appeals for the Seventh Circuit permitting

the filing, then I will place the document in the file of this case without docketing it and make no response to it.

ORDER

IT IS ORDERED that petitioner's motion for entry of default judgment is DENIED.

Entered this 22nd day of October, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge