IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG L. MILLER,

                Petitioner,                ORDER

    v.                                   02-cv-0096-bbc

KENNETH MORGAN,

                Respondent.

---

      Petitioner Craig Miller has filed a motion for reconsideration of this court's order entered November 4, 2008, denying his "Motion for Entry of Final Judgment Pursuant to Rule 54(b)." Although the basis for the motion is unclear, petitioner appears to think he erred with respect to the relief he requested in that motion. Apparently, petitioner now wants the court to enter final judgment only on the "allegations not traversed." Like petitioner's previous motions, this one is frivolous. As I noted in the November 4, 2008 order, judgment was entered dismissing petitioner's case *in its entirety* on April 3, 2002. This means that there are no outstanding issues remaining for adjudication, as petitioner appears to believe. The 2002 petition that he filed in this court has been decided and affirmed on appeal. The case is completely over. Petitioner should stop making futile attempts to resurrect it. He is wasting his and the court's time.

If petitioner files another motion for default judgment, entry of judgment, summary judgment, motion for relief from judgment or any other document resembling such motions, the clerk of court will be directed to forward the document to me before docketing it. If I determine that the document includes a challenge to petitioner's conviction or sentence and is not accompanied by an order of the Court of Appeals for the Seventh Circuit permitting the filing, then I will place the document in the file of this case without docketing it and make no response to it.

ORDER

IT IS ORDERED that petitioner's motion for reconsideration filed February 10, 2009 is DENIED.

Entered this 18th day of February, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge