IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Craig Lee Miller
   Plaintiff-Appellant

V.        NOTICE OF Appeal
          Case No. 02-CV-00096-bbc

Kenneth Morgan
   Defendant-Appellee

Notice is hereby given that the plaintiff Craig Lee Miller, appeals to the United States Court of Appeals for the seventh Circuit from the final in this action denieing this plaintiff's motion to enjoin attorney General J.B. Van Hollen on or about Jan 13, 2014. The motion to enjoin was recived by the Court on october 9, 2013

        Respectfully Submitted
        Craig L. Miller
        1-15-14

cc
Attorney Generals Office
Care of Warren D. Weinstein

REC.D/FILED
2014 JAN 21 PM 12:08
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO